UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SCOTT KLINEFELTER,<br>　　　　Petitioner,<br>　v.<br>ROBERT NEUSCHMID, Warden,<br>　　　　Respondent. | NO. EDCV 19-0897-R (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: June 28, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　United States District Judge